**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01503-CV

**STEPHEN W. CLARK, Appellant**

**V.**

**DILLARD'S INC. AND THE CAMPBELL AGENCY, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848-B**

## ORDER

The Campbell Agency's Objection to Late-Filed Supplemental Clerk's Record and Amended Briefing requesting that we strike the supplemental clerk's record filed January 9, 2015 and appellant's amended brief filed January 13, 2015 is **DENIED**.

/s/      LANA MYERS
            JUSTICE